UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

**CASE NO.:** CV 11-04846 SJO (MRWx)   **DATE:** October 27, 2011

**TITLE:** Gregory Valentini, et al. v. Eric Shinseki, et al.

========================================================================
**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                              Not Present
Courtroom Clerk                               Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**            **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                                   Not Present

========================================================================
**PROCEEDINGS (in chambers): ORDER REQUIRING ADDITIONAL BRIEFING REGARDING MOTION TO DISMISS**

On October 7, 2011, Defendants filed a Motion for Dismissal. (Docket No. 32.) Plaintiffs filed an Opposition on October 21, 2011 (Docket No. 35), and Defendants filed a Reply on October 25, 2011 (Docket No. 40). The Court is also in receipt of *amicus curiae* briefs filed by the City of Santa Monica and Metabolic Studio, LLC.

The Court has determined that it would benefit from additional briefing pertaining specifically to the arguments about the creation of a charitable trust. Accordingly, the Court hereby permits the parties to file an additional brief of no more than 10 pages constrained to the following topics:

(1)   Whether beneficiaries of a charitable trust can enforce obligations against the United States as trustee absent statutory, treaty, or regulatory authority;
(2)   If statutory, treaty, or regulatory authority is required, the degree of clarity required in the language of the statute, treaty, or regulation indicating the government's intention to assume obligations as trustee;
(3)   If statutory, treaty, or regulatory authority is required, whether the enforceability of the trust obligations against the United States survives repeal of the statute, treaty, or regulation that initially indicated the government's willingness to assume obligations as a trustee;
(4)   Whether the cases pertaining to the trust relationship between the United States and Native American tribes are controlling or distinguishable in the instant case;
(5)   Whether there are any cases that have held the United States or a State to be the trustee of a charitable trust other than cases concerning Native American tribes; and
(6)   If the parties can locate cases finding a State to be the trustee of a charitable trust, whether the same standards apply to a state government and the federal government as trustee of a charitable trust.

Plaintiffs' and Defendants' briefs on these issues, should they choose to submit them, will be due on November 7, 2011. If the opposing side has filed a brief pursuant to this Order, the adverse

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

**CASE NO.:** CV 11-04846 SJO (MRWx)  **DATE:** October 27, 2011

party shall then have an opportunity to file a 5-page response. This response will be due November 14, 2011.

The Court also requires Defendants to submit to the Court:

(1) a copy of "Section 224" referenced in line 4 of page 5 of Defendants' Memorandum of Points and Authorities in Support of the Motion for Dismissal; and
(2) a copy of the "VA GLA Master Plan" referenced on page 6 of Defendants' Memorandum of Points and Authorities in Support of the Motion for Dismissal.

The Status Conference/Motion to Dismiss [32] Hearing date of November 14, 2011 at 10:00 a.m. is hereby vacated and moved to December 5, 2011 at 1:30 p.m.

IT IS SO ORDERED.