**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY VALENTINI, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ERIC SHINSEKI, *et al.*,<br><br>　　　　　Defendants. | Case No. 11-CV-04846-SJO (MRWx)<br><br>The Honorable S. James Otero<br><br>**JUDGMENT** |

# JUDGMENT

The Court, having considered Plaintiffs' and Defendants' respective Motions for Summary Judgment, the Administrative Record filed in connection therewith, any responses and replies thereto, and any oral argument thereon, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the following agreements entered into by the Department of Veterans Affairs ("DVA") concerning parcels of land and facilities located on the DVA's West Los Angeles Campus are unauthorized by law and therefore void:

- The March 1, 2010 agreement with Brentwood Schools, and any amendments thereto;
- The March 17, 2000 agreement for laundry services, which was assigned to Sodexho Marriot Laundry Services on May 10, 2001, and any amendments thereto;
- The May 1, 2001 agreement with UC Regents, and any amendments thereto;
- The August 10, 2006 agreement with Twentieth Century Fox Television, and any amendments thereto;
- The August 24, 2007 agreement with Veterans Park Conservancy, and any amendments thereto;
- The August 6, 2010 agreement with Westside Breakers Soccer Club, and any amendments thereto;
- The July 15, 2002 agreement with Westside Services, LLC, and any amendments thereto;
- The July 6, 2006 agreement with TCM, LLC, and any amendments thereto;
- The filming agreements which the DVA has entered into with various third parties at various times;

///

The Court STAYS the enforcement of this Judgment with respect to these existing agreements pending the resolution of any appeal from this Judgment, or, if no party appeals this Judgment, for 180 days from the issuance of this Judgment.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: August 29, 2013.    By: _____
                                THE HONORABLE S. JAMES OTERO